

LEBOWITZ LAW OFFICE, LLC
747 Third Avenue, 23rd Floor
New York, New York 10017

Direct dial:  212-682-0550

June 15, 2020

The Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York

Re: Coppa v. Heavy, Inc. 20-cv-2439-AJN

Dear Judge Nathan:

This office represents defendant Heavy, Inc. in the above referenced matter. I write to the Court, on behalf of both parties, to request an adjournment of the Initial Conference; which is currently scheduled for Friday, June 19, 2020 at 3:45 PM.  The reason for this request is to allow the parties additional time to discuss a resolution of this matter.

This is the first time on for the Initial Conference and no previous request for an adjournment has been made by either party.  Please note that the parties have also submitted a proposed stipulation and order which would extend defendant's time to answer the complaint until Friday, July 10, 2020 (D.E. No. 8).


Respectfully submitted,

*Keith M. Getz*

Keith M. Getz

cc:  Richard Liebowitz (via ECF)

> The Initial Pretrial Conference in this matter is hereby adjourned to July 24, 2020 at 3:00 P.M.

6/18/20

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.