

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

January 8, 2021

**VIA E-MAIL**

Honorable Jon P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     <u>Coppa v. Heavy, Inc., No. 1:20-cv-02439-JPC</u>

Dear Judge Cronan:

    We represent Plaintiff Edmund Coppa ("Plaintiff") in the above-captioned case and write pursuant to section 3.B of Your Honor's Individual Practices to respectfully request a 30-day extension of time for the parties to consummate their settlement.

(1) The deadlines are as follows

| Event | Original Deadline | Proposed Deadline |
|---|---|---|
| File Stipulation of Dismissal | January 11, 2021 | February 10, 2021 |

(2) The parties request the extension to help facilitate potential resolution of the action without the need for further judicial intervention;

(3) Plaintiff has not made a previous request for an adjournment;

(4) No previous requests were granted or denied.

(5) Defendant Heavy, Inc.. consents to the requested relief. The present request does not impact other scheduled dates.

                                                                            Respectfully Submitted,





                                                  **s/jameshfreeman/**
                                                  James H. Freeman

*Counsel for Plaintiff*

On December 11, 2020, this Court discontinued this case without prejudice to the right to reopen the action by January 31, 2020. (Dkt. 26.) The Court interprets the instant request as seeking an extension of that date. The request is GRANTED and any application to reopen this case must be filed by February 10, 2021.

SO ORDERED.

Date: January 8, 2021
          New York, New York

JOHN P. CRONAN
United States District Judge